15506.   WILLIAMS *v.* GARRETT.

LUKE, J.   1. Where one convicted of a misdemeanor and sentenced to pay a specified fine or serve a specified time in the gang procured another person to sign with him a promissory note in satisfaction thereof, and to execute a deed to secure the payment of the note, and the note and the deed were accepted by the solicitor-general as the equivalent of cash, the consideration was not illegal, and in a suit thereon a plea to that effect was properly stricken on demurrer.   *Blain* v. *Hitch,* 70 *Ga.* 275.

2. In a suit on a promissory note, a plea alleging fraudulent conduct on the part of a person other than the payee and not in privity with him

constitutes no issuable defense, and is properly stricken on demurrer. *Roth* v. *Donnelly Grocery Co.*, 8 *Ga. App.* 851 (2) (70 S. E. 140).

3. The record discloses no reversible error.

　　　*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

　　　　　DECIDED OCTOBER 7, 1924.

Complaint; from city court of Macon—Judge Gunn. February 5, 1924.

*S. M. Mathews,* for plaintiff in error.

*C. H. Garrett, John J. McCreary,* contra.